IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | : | |
| Plaintiff, | : | Case No. 4:17-cv-00040-ALM-CAN |
| vs. | : | Judge Amos L. Mazzant, III |
| CAREINGTON INTERNATIONAL CORPORATION, | : | Magistrate Judge Christine A. Nowak |
| | : | |
| Defendant. | | |

## **MOTION OF DISMISSAL WITH PREJUDICE**

Now comes Plaintiff, through undersigned counsel, and hereby dismisses, with prejudice, all causes of action and claims against Defendant, Careington International, Inc. Each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED AND DATED this 19th day of June, 2017.

Respectfully submitted:

*/s/ Aaron Mulvey*
Aaron Mulvey
Law Offices of Aaron K. Mulvey, PLLC
518 N. Manus Dr.
Dallas, TX 75224
aaron@mulveylaw.net
*Attorney for Craig Cunningham*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed through the Court's electronic filing system which will notify all counsel of record on this 19th day of June, 2017.

                                                                                     */s/ Aaron Mulvey*
                                                                                      Aaron Mulvey
                                                                                      *Attorney for Craig Cunningham*