# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:17-CV-40 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| CAREINGTON INTERNATIONAL § | |
| CORPORATION, ET AL. | |

## ORDER OF PARTIAL DISMISSAL

Came on to be considered this day Plaintiff's Motion of Dismissal with Prejudice (Dkt. #19) filed in this cause by Plaintiff Craig Cunningham. Defendant Careington International Corporation is unopposed. After considering Plaintiff's Motion of Dismissal with Prejudice and the representations regarding same made at Hearing by the Parties on June 15, 2017, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Careington International Corporation are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

**SIGNED this 24th day of June, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE