# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:17-cv-00040 (Judge Mazzant/Judge Johnson) |
| CAREINGTON INTERNATIONAL CORPORATION, ET AL., | § § § § | |
| Defendant. | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 20, 2017, the report of the Magistrate Judge (Dkt. #36) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Dismiss Without Prejudice (Dkt. 35) should be **GRANTED**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Plaintiff's Motion to Dismiss Without Prejudice (Dkt. #35) is **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the entirety of Plaintiff Craig Cunningham's claims against all Defendants are hereby dismissed with prejudice.

Costs are taxed against the party incurring same. All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**It is SO ORDERED**.

**SIGNED this 10th day of October, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE